YAAKOV M. ROTH
Acting Assistant Attorney General
BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
JACK D. ROSS, AUSA (CBN 265883)
Chief, Civil Fraud Section
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7395
    Fax: (213) 894-7819
    Email: Jack.Ross@usdoj.gov
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
BENJAMIN C. WEI
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    T: 202.616.2875| F: 202.616.3085
    Email: Benjamin.C.Wei@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ASHWANI CHAWLA,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIFIED CARE SERVICES, LLC, *et al.*,<br><br>    Defendants. | No. LACV 21-5935 GW (RAOx)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL OF DEFENDANTS<br><br>[FILED CONCURRENTLY: JOINT STIPULATION OF DISMISSAL OF DEFENDANTS; CONSENT OF THE UNITED STATES TO DISMISSAL] |

WHEREAS, the United States of America ("United States") and Relator have submitted a Joint Stipulation of Dismissal of Defendants pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1), in accordance with and subject to the Settlement Agreement, and with the consent of the United States.

  THEREFORE, IT IS ORDERED THAT:

The dismissal shall be:

 (1) with prejudice as to the United States as to all claims against Defendants regarding the Covered Conduct described in Recital Paragraph F of the Settlement Agreement;

 (2) without prejudice as to the United States as to all other claims against Defendants; and

 (3) with prejudice as to the Relator as to all claims against Defendants.

Except as specifically provided in the Settlement Agreement, each party shall bear its own fees and costs. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

  IT IS SO ORDERED.

Dated: _____        _____
                UNITED STATES DISTRICT JUDGE